UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Cesar A. Barturen, Raymundo Lara Molina, Miguel Eduardo Tabara, Marco Antonio Corona, Juan Carlos Molina, Julio Cesar Moreno Gonzalez, Pedro Hernandez Hernandez, Julio Antonio, Julio Carbonel, Eusebio Santos Ferrosqullo, Jason Borges, Limo Martinez, Juan Jose Pena Farfan, Jose Fernandez, and Jorge Legis Cuyate Carmona on behalf of themselves and all other employees similarly situated as class and collective representatives,

                     Plaintiffs,

- against -

Wild Edibles, Inc., 535 Third Avenue LLC, d/b/a Wild Edibles, Richard Martin, and Jonathan Meyer,

                     Defendants.

ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07

---

Upon the annexed declaration of David B. Rankin, Esq. and the exhibits attached thereto, the Complaint, and the accompanying memorandum of law, as well as all other papers and prior proceedings in this action it is hereby:

ORDERED that the Defendants or their attorneys show cause at a hearing to be held in this Court before **Louis L. Stanton** United States District Judge, in courtroom **21-C** of the United States Courthouse, New York, New York on **Thursday September 20**, 2007 at **4 : P**. M. or as soon thereafter as counsel may be heard, why an order should not be entered granting Plaintiffs a preliminary injunction, pursuant to the Court's inherent powers and Rule 65(a) of the Federal Rules

of Civil Procedure, under which Defendants, their agents and employees, and all persons acting in concert with them, are preliminarily enjoined and restrained from retaliating against any Plaintiff or potential Plaintiff from participating in this lawsuit and prohibited from firing or taking any other adverse employment action against any Plaintiff without providing Plaintiffs' counsel and this Court with advanced notice of such action, and demonstrating to this Court a legitimate business reason for such adverse employment action.

IT IS FURTHER ORDERED that Defendants, their agents and employees, and all other persons acting in concert with then, are hereby restrained and enjoined from retaliating against any Plaintiff or potential Plaintiff for participating in this lawsuit and prohibited from firing or taking any adverse employment action against any Plaintiff or potential Plaintiff without providing Plaintiffs counsel and this Court with advance notice of such action, and demonstrating to this Court a legitimate business reason for such adverse employment action. [handwritten: ~~in the amount of~~ $20,000.00 ~~...~~]

IT IS FURTHER ORDERED that Plaintiffs shall serve by hand delivery upon Defendants' counsel a copy of this Order to Show Cause and the papers upon which it is based no later than __5 o'clock P__M on __Tuesday Sept 18__, 2007; that Defendants shall serve by hand delivery upon Plaintiffs' counsel any opposition to the above motion no later than __12: noon __M on __Thursday Sept 20__ 2007; and that Plaintiffs shall serve by hand delivery upon Defendants' counsel any reply in support of the above motion no later than __5 o'clock P__M on __Thursday Sept 20__, 2007.

_____Louis L. Stanton_____
U.S.D.J.

4:37 PM
September 17, 2007

[margin annotations: LLS, LLS, LLS, LLS, LLS; "5 o'clock PM Tuesday Sept. 18, 2007"]