UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| Cesar A. Barturen, Jason Borges, Raul Lara Molina, Raymundo Lara Molina, Miguel Eduardo Tabara, Marco Antonio Corona, Juan Carlos Molina, Julio Cesar Moreno Gonzalez, Pedro Hernandez Hernandez, Julio Antonio, Julio Carbonel, Eusebio Santos Ferrosqullo, Limo Martinez, Juan Jose Pena Farfan, Jose Fernandez, and Jorge Legis Cuyate Carmona on behalf of themselves and all other employees similarly situated as class and collective representatives, | 07-CV-8127 (LLS) <br><br> **NOTICE OF APPEARANCE** |

                Plaintiffs,

Wild Edibles, Inc., 535 Third Avenue
LLC, d/b/a Wild Edibles, Richard Martin,
and Jonathan Meyer,

      Defendants
---------------------------------------------------------------X

**IT IS HEREBY CONSENTED** that Richard M. Howard, Esq. of Meltzer, Lippe, Goldstein & Breitstone, LLP hereby appears on behalf of the defendants Wild Edibles, Inc., 535 Third Avenue LLC, d/b/a Wild Edibles, Richard Martin, and Jonathan Meyer, in the above entitled action.

Dated: September 20, 2007
       Mineola, New York

                                             /s/ Richard M. Howard        ..
                                             Richard M. Howard (RMH-2932)
                                             Meltzer, Lippe, Goldstein & Breitstone, LLP
                                             190 Willis Avenue
                                             Mineola, NY 11501
                                             (516) 747-0300