UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Cesar A. Barturen, Jason Borges,
Raul Lara Molina, Raymundo Lara Molina,
Miguel Eduardo Tabara, Marco Antonio
Corona, Juan Carlos Molina, Julio Cesar
Moreno Gonzalez, Pedro Hernandez
Hernandez, Julio Antonio, Julio Carbonel,
Eusebio Santos Ferrosqullo, Limo
Martinez, Juan Jose Pena Farfan,
Jose Fernandez, and Jorge Legis Cuyate
Carmona on behalf of themselves and all
other employees similarly situated as class
and collective representatives,

                Plaintiffs,

Wild Edibles, Inc., 535 Third Avenue
LLC, d/b/a Wild Edibles, Richard Martin,
and Jonathan Meyer,

                Defendants.
----------------------------------------------------------------X

07-CV-8127 (LLS)

**NOTICE OF APPEARANCE**

**IT IS HEREBY CONSENTED** that Carmelo Grimaldi, Esq. of Meltzer, Lippe,

Goldstein & Breitstone, LLP hereby appears on behalf of the defendants Wild Edibles, Inc., 535

Third Avenue LLC, d/b/a Wild Edibles, Richard Martin, and Jonathan Meyer, in the above

entitled action.

Dated: September 20, 2007
       Mineola, New York

                                    /s/ Carmelo Grimaldi           ..
                                    Carmelo Grimaldi (CM-4272)
                                    Meltzer, Lippe, Goldstein & Breitstone, LLP
                                    190 Willis Avenue
                                    Mineola, NY 11501
                                    (516) 747-0300

IManage:411828.1