UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CESAR A. BARTUREN, RAYMUNDO LARA
MOLINA, MIGUEL EDUARDO TABARA,
MARCO ANTONIO CORONA, JUAN CARLOS
MOLINA, JULIO CESAR MORENO GONZALEZ
PEDRO HERNANDEZ HERNANDEZ, JULIO
ANTONIO, JULIO CARBONEL, EUSEBIO SANTOS
FEROSQUILLO, JASON BORGES, LINO MARTINEZ,
JUAN JOSE PENA FARFAN, JOSE FERNANDEZ,
AND JORGE LEGIS CUYATE CARMONA,
on behalf of themselves and all other employees
similarly situated as class and collective representatives,
                               Plaintiffs,

        -against-

WILD EDIBLES, INC, 535 THIRD AVENUE, LLC
d/b/a WILD EDIBLES, RICHARD MARTIN
AND JONATHAN MEYER,
                               Defendants.
------------------------------------------------------------x

**AFFIDAVIT**

07-CV-8127

STATE OF NEW YORK }
                      } S.S.
COUNTY OF QUEENS )

SIDI QUATTARA, being duly sworn, deposes and states:

1.     I am employed by Wild Edibles, Inc. I work in the warehouse at 21-51 Borden Avenue, Long Island City. I am an assistant manager supervising our truck drivers as well as the head driver. I am familiar with all our truck routes and I fill in as a driver as needed.

2.     I was in the warehouse the day of the union picketing on August 20th. I had to come in early because many of the employees were picketing and not working and I had to make arrangements to make sure that deliveries were made that day.

414403-1

3. I was in Robert Blair's office at one point looking for paperwork when Robert and Richard Martin were talking with a few of the employees who had come into the office. I remember Jason Borges, Cesar Barturin, and Herbert Cooper as being there.

4. I head Jason Borges say that he wanted a raise and that he needed to make more money. Rich Martin said he wasn't going to get it. Rich said the company could not control how much came out of his check for garnishments or support. Jason then said that he should get more money because he had the hardest route. Even though I was not part of the conversation I laughed out loud when I heard that. I said "are you kidding"? I told him that his route was probably the easiest because it is not a lot of stops, and he mostly pulls right up to the door, not like in the city where driving and parking and carrying the product is hard, and it is also not far, like the Hamptons. Rich Martin said again that Jason would not get a raise and that he could take the job or leave it. I did not hear Jason say anything about wanting overtime pay.

5. I left the conversation and went back to my paperwork. A few seconds later I heard Jason say something like, 'that's it, I'm gone' or "I'm outta here". He picked up his bag and left the office I saw him come back a few seconds later and grab some paperwork from the office and leave again.

_____
SIDI QUATTARA

Sworn to before me this 12th
day of October, 2007

_____
Notary Public

**MATTHEW HOVEY**
**NOTARY PUBLIC-STATE OF NEW YORK**
**No. 01HO6174815**
**Qualified in Queens County**
**My Commission Expires September 24, 2011**

414403-1