UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CESAR A. BARTUREN, RAYMUNDO LARA
MOLINA, MIGUEL EDUARDO TABARA,
MARCO ANTONIO CORONA, JUAN CARLOS
MOLINA, JULIO CESAR MORENO GONZALEZ
PEDRO HERNANDEZ HERNANDEZ, JULIO
ANTONIO, JULIO CARBONEL, EUSEBIO SANTOS           **AFFIDAVIT**
FEROSQUILLO, JASON BORGES, LINO MARTINEZ,
JUAN JOSE PENA FARFAN, JOSE FERNANDEZ,            07-CV-8127
AND JORGE LEGIS CUYATE CARMONA,
on behalf of themselves and all other employees
similarly situated as class and collective representatives,
                              Plaintiffs,

         -against-

WILD EDIBLES, INC, 535 THIRD AVENUE, LLC
d/b/a WILD EDIBLES, RICHARD MARTIN
AND JONATHAN MEYER,
                              Defendants.
------------------------------------------------------------x

STATE OF NEW YORK }
                  } S.S.
COUNTY OF QUEENS  )

LUIS CARBONEL, debido siendo jurado, depone e indica:

1. Soy empleado de Wild Edibles Trabajo en el almacén que esta en 21-51 de Borden Avenida Long Isalnd City, He trabajado aquí desde 1998.

2. Soy el encargado de los empleados del almacén, que incluyen a los "recogedores y a empacadores", los hombres del filetiado, los cortador del tuna, los hombres de la ostra y el área congelada del producto. Uno de mis trabajos principales es de cerciorarme de que cada noche tengamos suficientes empleados, y los empleados adecuados, para poder prepararse y llenar las órdenes de la noche. Si necesitamos la túna cortar, por ejemplo, necesitamos cercioramos de que el cortador de la tuna viniera a trabajar. Cada noche necesito saber qué los empleados han venido trabajar y no vendrán a trabajar asi que podemos hacer cualquier ajuste si tenemos que acerlo. Trabajo con el Richi Rice en la oficina para cerciorarme de que hay empleados que trabajan en cada orden que se llenará. Antes de Richie trabajé con Eddie Torres.

3. Se supone que tienen que llamar a la oficina para dejar ulgun mensaje por que no van a venir trabajar. Cuando entro yo compruebe con la oficina para ver que quién ha llamado para decir él no estará adentro. Un empleado me llamará a veces directamente para decirme que él no vedra a trabajar. Cuando sucede eso yo voy a la oficina déjo saber. También sabemos cuándo descubrimos que un empleado no ha venido trabajar y no a llamado para decirnos.

4. Recuerdo el ayer por la noche que Lino Martinez trabajó con nosotros. El trabajo de Lino es hacer órdenes de la ostra y empaquetar Lino vino trabajar en el tiempo regular. Carlos Molina, que trabajó generalmente con él, esa noche no hizo "ninguna llamada - ninguna aparicion ". Miguel Tabara, que llamamos "Lalo" fue reasignado al trabajo esa noche con las ostras con Lino.

5. Esa noche descubrí más adelante que Lino había dejado el trabajo en el tiempo que tomamos el cafe , enseguida después. Lino no me dijo que él fuera a casa. Lino no me dijo que él fuera enfermo. Lino no me dijo que estaba lstimado la espalda.

6. Jose Fernandez Tavara trabajó como el hombre cortador y del preparador de la tuna. Él tenia que viner a trabajar el 8 de Octubre. Él no vino a trabajar esa noche. Comprobé con el Richi Rice que Jose no había dejado un mensaje. Jose nunca me llamó para decirme que él no estuviera en esa noche. Lalo fue asignado para cubrir el corte de la tuna esa noche. Sé que Lalo es hermano de Jose y viven en la misma casa. Pregunté a Lalo porqué su hermano no entró ni nos llamó. Lalo dijo, "no sé, toque en su puerta y nadie contestó".

7. No llamé a Jose y decir le lo abian despedido . Dije a Carlos Molina que Richard Martin habia dicho que Jose no debe volver a menos que él tuviera una excusa.

8. Raul Molina trabajó en las ordenes de langostas del almacén y mantener el tanque de la langosta. Él devia haber venido a trabajar el 29 de agosto. Él no me llamó opinino que él no estaría en esa noche. Comprobé con la oficina que esa noche él no había llamado o dejodo un mensaje con cualquiera.

9. Nunca llamé a Raul para decirle que lo habian despedido. Nunca llamé cualquier persona otro para decir que lo habian despidido.

10. Carlos Molina me ha dicho que Raul esté trabajando en la construcción con otro tabajador anterior, Eusebio Santos. Carlos también me dijo que el hermano de Raul, Raymundo esté trabajando en un restaurante.

11. Marco Antonio Corona fue empleada aquí como hombre del filetiado Él tinia programado a trabajar el sábado, 15 de septiembre. Él no vino trabajar o llamada para decir lo no estaría adentro. El lunes Carlos Molina me dijo que Marco no regresara a trabajar porque él tiene otro trabajo.

12. Marco nunca se había quejado a mí por cualquier cosa cuando lo emplearon. Él nunca se quejó por cualquier cosa

*Luis Carbonel*

Sworn to before me this 17th
day of October, 2007

Notary Public

MATTHEW HOVEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HO6174818
Qualified in Queens County
My Commission Expires September 24, 2011