# David B. Rankin
**Attorney at Law**

_____
350 Broadway, Suite 700                         David@DBRankinLaw.com
New York, NY 10013                              Phone: 212-226-4507
                                                Fax: 212-658-9480

**VIA ECF ONLY**

January 2, 2007

Hon. Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2250
New York, NY 10007

RE:   Barturen et. al. v. Wild Edibles et. al.
      07 CIV 8127

Dear Honorable Judge Stanton:

Please accept this letter application for attorneys' fees on behalf of both my office and Levy Ratner, P.C., pursuant to F.R.C.P. Rule 54 (d)(1) and 29 U.S.C. § 216(b). The basis for this application is this Court's December 18, 2007 Opinion, Order, and Injunction requiring the Defendants provide counsel with three days notice before an adverse employment action is taken against any named or potential plaintiff.

The standard for determining if a party is entitled to an award of attorneys' fees in the Second Circuit as a prevailing party is set out in Vacchio v. Ashcroft, 404 F.3d 663, 674 (2d Cir. 2005) interpreting Buckhannon Bd. & Care Home, Inc. v. W. Va. Dep't of Health & Human Res., 532 US 598 (2001) and is as follows, "Buckhannon states that status as a prevailing party is conferred whenever there is a court ordered change in the legal relationship between the plaintiff and the defendant or a material alteration of the legal relationship of the parties" (internal citations omitted) See also, Pres. Coalition of Erie Co. v. Fed. Trans. Admin., 356 F.3d 444, 452 (2d Cir. 2004). Vacchio 404 F.3d at 674 goes on to cite Select Milk Producers, Inc. v. Veneman, 304 F. Supp. 2d 45, 52 (D.D.C. 2004) showing that "the preliminary injunction [Milk Producers] in this case did create a material alteration in the legal relationship between the parties as required in Buckhannon…" Showing preliminary injunctions are appropriately the subject to prevailing party applications for attorneys' fees and if a change in the legal relationship is found, then an award of attorneys' fees is proper.

Clearly, the legal relationships between the parties have been altered by the Order of

Hon. Judge Stanton
January 2, 2008
Page 2 of 2

December 18, 2007.  The Order states, "[a]ll such persons are further restrained and enjoined from taking adverse employment action against, or terminating the employment of, any plaintiff or other employee without providing plaintiffs' counsel with three days' prior notice, except that defendants may suspend an employee with notice one day thereafter to plaintiffs' counsel when suspension is urgently necessary as a matter of health, safety or to avoid threatened violence."  Prior to the application for a preliminary injunction and temporary restraining order the defendants were free to subject employees to adverse employment actions without notice to counsel and a three days waiting period.  Therefore, the legal relationships between the parties have been altered in the plaintiffs' favor and they are entitled to attorneys' fees as a prevailing party.

Attached to this letter application is the summary of work activity for both the Law Office of David B. Rankin and Levi Ratner, P.C..

Thank you for your consideration.

                                                Best regards,

                                                /s/
                                            David B. Rankin

DBR/mmt
Attachments
cc:    Levi Ratner, P.C.
       Meltzer, Lippe, Goldstein & Breitstone (VIA ECF ONLY)

# LEVY RATNER, P.C.

Attorneys at Law
80 Eighth Avenue
New York, NY  10011-5126
Telephone  (212) 627-8100
Fax  (212) 627-8182
Federal Tax ID: 13-3726314

December 27, 2007

Invoice submitted to:

Barturen Borges et al
(Application for Attys Fees)

**For Professional Services Rendered
through December 21 2007**

**Re: Barturen, Borges, Molina, Molina et al v. Wild Edibles**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/18/2007 | ALB | Telephone calls w/D Rankin (DR); review complaint | 1.00 | |
| 9/19/2007 | RAL | Office confs w/ALB, review complaint | 0.60 | |
|  | DE | Telephone call w/ALB, review complaint | 0.50 | |
| 9/24/2007 | DE | Research re: wage and hour | 1.00 | |
| 9/25/2007 | DE | Meeting w/atty and ALB, review papers | 3.00 | |
|  | ALB | Review docs; mtg w/DR | 2.00 | |
| 10/1/2007 | ALB | Telephone calls w/DR re: injunction motion | 0.20 | |
| 10/9/2007 | ALB | Telephone calls w/DR; o/c w/SC re: motion for contempt | 0.40 | |
| 10/10/2007 | ALB | Office conf w/SC, DE; research; review judge's rules re: contempt motion | 1.80 | |
|  | SC | Legal research; contempt motion | 2.50 | |
| 10/11/2007 | ALB | Draft contempt motion; t/cs w/DR; research | 3.60 | |
|  | SC | Office conf w/ALB re: contempt motion | 0.20 | |
| 10/12/2007 | ALB | Office conf w/SC re: contempt motion | 0.30 | |
|  | SC | Legal research re: contempt motion | 2.20 | |
| 10/15/2007 | ALB | Review hearing transcript; review ltr from defendants; t/cs w/DR; o/c w/SC; draft memeo of law re: contempt motion | 6.60 | |
|  | SC | Office conf w/ALB; legal research for contempt motion | 2.20 | |
| 10/16/2007 | ALB | Emails w/DR; review affidavits and other docs | 0.60 | |
|  | SC | Office conf w/ALB; t/c w/DR | 0.20 | |
| 10/17/2007 | ALB | Emails; review docs; o/c w/DE re: injunction motion | 1.00 | |
| 10/18/2007 | DE | Review materials, o/c w/ALB and SC | 2.00 | |
|  | ALB | Office conf w/DE, SC; t/cs w/DR; review affidavits and memo of law re: retaliation claims; motion for preliminary injunction | 2.00 | |
|  | SC | Office conf w/ALB and DE; t/c w/DR; mtg w/DR at his office; attend SDNY hearing re: retaliation and secondary boycott; draft memo re: retaliaiton; review pleadings and case file | 11.20 | |
|  | RS | Office conf w/SC re: Notice of Appearance, create Notice of Appearance | 0.30 | |
| 10/19/2007 | DE | Office conf w/SC, draft outline for case | 3.00 | |

Barturen Borges et al  
December 27, 2007

Page 2

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 10/19/2007 | SC | Office conf w/DE | 1.20 | |
| 10/22/2007 | ALB | Office conf w/SC, DE re: injunction motion | 0.60 | |
| | SC | Office conf w/ALB re: prep for mtg w/DR | 0.80 | |
| 10/23/2007 | ALB | Meeting w/DR re: litigation strategy | 1.00 | |
| | SC | Office conf w/ALB; mtg w/DR; review research re: class action and collective action | 1.70 | |
| | LAW | Research re: class action vs. collective action under FLSA per SC | 2.20 | |
| 10/24/2007 | SC | Legal research re: class action v. collective action | 0.50 | |
| 10/25/2007 | SC | Legal research | 0.50 | |
| 10/26/2007 | SC | Telephone call w/ALB; legal research re: class cert and collective action | 1.50 | |
| 10/28/2007 | SC | Legal research re: class actions | 3.30 | |
| 10/29/2007 | ALB | Office conf w/SC; t/cs w/DR re: collective action motion | 0.60 | |
| | SC | Legal research re: class action vs. collective action | 0.80 | |
| 11/1/2007 | SC | Legal research | 0.80 | |
| 11/5/2007 | SC | Office conf w/ALB re: motion for collective action cert mtg w/DR re: status of case | 2.20 | |
| 11/6/2007 | SC | Legal research on NYS outside sales exemption | 0.20 | |
| 11/14/2007 | ALB | Review ltr from counsel re: preliminary injunction | 0.20 | |
| 11/16/2007 | SC | Prepare for client mtg | 0.20 | |
| 11/17/2007 | SC | Meeting w/DR and Plaintiffs at union local in Queens | 5.30 | |
| 11/19/2007 | ALB | Office conf w/SC re: motion for collective action | 0.30 | |
| 11/26/2007 | ALB | Office conf w/SC; conf call w/co-counsel re: prep for settlement mtg | 1.00 | |
| | SC | Office conf w/ALB; conf call w/DR; review file | 1.80 | |
| 11/27/2007 | ALB | Prepare for and attend settlement conference | 2.00 | |
| | SC | Meeting w/employer atty; mtg w/co-counsel | 1.80 | |
| 11/29/2007 | SC | Investigate and subscribe to wage and hour clearinghouse | 0.20 | |
| 11/30/2007 | SC | Telephone call w/M Taylor (MT) re: contacting Plaintiffs | 0.20 | |
| 12/4/2007 | SC | Telephone call w/Plaintiff re: break times, hrs worked | 0.50 | |
| 12/6/2007 | ALB | Prepare for and attend settlement conference | 1.60 | |
| | SC | Prepare for settlement mtg; t/c w/Plaintiff re: schedules; o/c w/ALB | 2.20 | |
| 12/10/2007 | SC | Analyze settlement offer; t/c w/MT | 0.50 | |
| 12/11/2007 | SC | Analyze settlement proposals and damages estimates | 2.00 | |
| 12/12/2007 | SC | Analyze settlement proposals; estimate damages; email DR and MT | 0.80 | |
| 12/13/2007 | SC | Office conf w/ALB; t/c w/MT; review settlement proposals | 1.20 | |
| 12/14/2007 | ALB | Telephone calls w/counsel; o/c w/SC; review emails re: settlement | 0.40 | |
| | SC | Prepare for 12/15 mtg w/Plaintiffs; review file; review damage claims | 2.20 | |
| 12/15/2007 | SC | Meeting w/Plaintiffs at union local in Queens | 4.20 | |
| 12/19/2007 | SC | Prepare for mtg w/Plaintiffs; o/c w/ALB; t/c w/DR; review file | 3.30 | |
| 12/20/2007 | SC | Meeting w/Plaintiffs; o/c w/ALB; DE; DR re: mtg and settlement agmt reviews | 4.30 | |
| 12/21/2007 | SC | Draft memo to file; email ALB; review file; draft and send ltr to Plaintiffs | 2.00 | |
| | | | 104.50 | $24,692.50 |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Richard A. Levy, Partner | 0.60 | 395.00 | $237.00 |
| Daniel Engelstein, Partner | 9.50 | 395.00 | $3,752.50 |
| Allyson L. Belovin, Partner | 27.20 | 300.00 | $8,160.00 |
| Susan Cameron, Associate | 64.70 | 190.00 | $12,293.00 |
| Richard Storm, Paralegal | 0.30 | 100.00 | $30.00 |
| Law Clerks (Paralegal) | 2.20 | 100.00 | $220.00 |

Barturen Borges et al
December 27, 2007

Page  3

Amount

**Balance due**                                                                                                           $24,692.50

***Payment Due within 30 Days***

**Law Office of David B. Rankin**
**Case Name: Wild Edibles**
**Hired by:  Workers**

| Date and work completed | Hours Worked | Total Time |
|---|---|---|
| September 6, 2007 | | |
| Research on Complaints for Intern | 2:45 – 3:00 pm | .25 |
| | | |
| September 13, 2007 | | |
| Aff templates to Interns | 2:00 – 2:12 pm | .2 |
| Reading Communication btwn | 2:30 – 2:42 pm | .2 |
| WE and BWI | | |
| EM w/ BWI | | |
| | | |
| September 14, 2007 | | |
| Call from T. Bianco | 10:30 – 10:45 am | .25 |
| EM to intern re: B. Randell's Aff. (edits) | 11:00 – 11:30 am | .5 |
| Reading RedEye Grill | 1:00 – 2:30 pm | 1.5 |
| Researching FLSA | 3:00 – 4:00 pm | 1.0 |
| Researching FLSA Exemptions | 7:00 – 9:45 pm | 2.75 |
| Drafting Complaint | 9:45 – 10:30 pm | 1.25 |
| | | |
| September 15, 2007 | | |
| Drafting Complaint | 11:00 – 8:45 pm | 9.75 |
| Researching FLSA | | |
| Reading Redeye Grill Documents | | |
| | | |
| September 16, 2007 | | |
| Drafting & Editing Complaint | | |
| FLSA Research | | |
| MOL Drafting and editing | 10:00 – 7:30 pm | 9.5 |
| | | |
| September 17, 2007 | | |
| Complaint Final Edits | 9:15 – 10:45 am | 1.5 |
| Client/BW/media phone calls | 2:00 – 4:15 pm | 2.25 |
| & emails | | |
| | | |
| September 18, 2007 | | |
| Bond Research & Calls | 1:00 – 3:00 pm | 2 |
| IWW meeting | 4:30 – 5:00 pm | .5 |
| | | |
| September 19, 2007 | | |
| Bond Calls | 10:30 – 11:00 am | .5 |
| Bond Letter Drafting | 2:30 – 3:45 pm | 1.25 |
| Oral Argument Prep | 4:30 – 5:45 pm | 1.25 |

| | | |
|---|---|---|
| **September 20, 2007** | | |
| Oral Argument Prep | 8:00 – 10:15 am | 2.25 |
| Responsive Research | 1:30 – 2:45 pm | 1.25 |
| Hearing | 4:00 – 6:00 pm | 2 |
| Client Meetings | 6:00 – 7:15 pm | 1.25 |
| **September 25, 2007** | | |
| LR meeting prep &call | 3:00 – 5:00 pm | 2 |
| **September 27, 2007** | | |
| Martinez Affidavit Work | 1:00 – 1:30 pm | .5 |
| **October 1, 2007** | | |
| AB Call | 3:00 – 3:12 pm | .2 |
| **October 3, 2007** | | |
| Master Strategy Meeting | 1:00 – 3:00 pm | 2 |
| **October 10, 2007** | | |
| Stanton Letter (Draft and Calls) | 11:00 – 12:30 am | 1.5 |
| **October 11, 2007** | | |
| Lara Affidavit Work | 2:15 – 3:45 pm | 1.5 |
| **October 13, 2007** | | |
| Drafting Support MOL | 11:00 – 4:00 pm | 5 |
| **October 14, 2007** | | |
| Support MOL research | 1:00 – 3:15 pm | 2.25 |
| Affidavit Work | 4:00 – 6:45 pm | 2.75 |
| **October 15, 2007** | | |
| Declaration drafting/editing | 1:15 – 3:30 pm | 2.25 |
| **October 16, 2007** | | |
| MOL editing & revising | 10:15 – 12:30 pm | 2.25 |
| **October 17, 2007** | | |
| MOL/Declaration revising | 7:00 pm – 12:00 am | 5 |
| **October 18, 2007** | | |
| Support MOL/Declaration editing | 12:00 – 3:00 am | 3 |
| Final Editing Support MOL | 10:15 – 11:45 am | 1.5 |
| Oral Argument Prep | 1:00 – 2:15 pm | 1.25 |
| Hearing | 3:00 – 5:00 pm | 2 |

| | | |
|---|---|---|
| Client meetings | 5:00 – 6:30 pm | 1.5 |
| Strategic Conference w/ MT | 8:00 – 9:45 pm | 1.75 |
| | | |
| October 19, 2007 | | |
| Client and LR calls | 10:15 – 10:45 am | .5 |
| | | |
| November 5, 2007 | | |
| LR meeting | 2:00 – 4:00 pm | 2 |
| | | |
| November 17, 2007 | | |
| Client Meeting (Queens) | 2:15 – 5:30 pm | 3.25 |
| | | |
| November 27, 2007 | | |
| Settlement Conference | 5:30 – 7:30 pm | 2.0 |
| | | |
| December 6, 2007 | | |
| 2nd Settlement Confernece | 6:30 – 7:30 pm | 1 |
| | | |
| December 14, 2007 | | |
| Review Letter | 2:00 – 2:06 | 0.1 |
| | | |
| December 15, 2007 | | |
| Client Meeting (Queens) | 5:00 – 7:30 pm | 2.5 |
| | | |
| December 20, 2007 | | |
| Client Meeting (LR) | 2:30 – 5:30 pm | 3 |
| | | |
| December 21, 2007 | | |
| BWI Phone | 3:00 – 3:12 pm | .2 |
| Bianco Phone (x3) | Various | .5 |
| Discussion w/ MMT | 3:15 – 3:45 pm | .75 |
| | | |
| December 26, 2007 | | |
| Phone w/ Bianco | 11:00 – 11:06 am | .1 |
| Phone conference w/ Bianco and Allyson | 11:30 – 12: 15 | .75 |
| Phone /w BWI | 5:30 – 5:36 pm | .1 |
| Letter review | 5:45 – 5:51 pm | .1 |

**Total Hours Worked**            100.5
**Hourly Rate**                   $ 250
**Total for Work Preformed**      $ 25,125

3

**Beth Baltimore (Brooklyn Law Student/translator)**

| Date and work completed | Hours Worked | Total Time |
|---|---|---|
| October 5, 2007<br>Lalo Affidavit | 2:00 pm – 6:00 pm | 4 |
| October 14, 2007<br>Affidavit Interviews | 4:00 pm – 8:00 pm | 4 |
| October 15, 2007<br>Affidavit Interviews<br>Translations | 10:00 – 2:00 pm<br>3:00 – 7:00 pm | 4<br>4 |

**Total Hours Worked**     **12.0**
**Hourly Rate**     **$ 80**
**Total for Work Preformed**     **$ 960**

**Andrea Gruttin (NYU Law Student/translator)**

| Date and work completed | Hours Worked | Total Time |
|---|---|---|
| October 3, 2007<br>Raul Phone Interview | 4:15 – 5:15 pm | 1 |
| October 5, 2007<br>Affidavit interviews, review,<br>& translation | 12:00 – 2:00 pm | 2 |
| October 11, 2007<br>MT Update and Prep<br>Pedro Phone Interview | 3:45 – 4:15<br>4:30 – 5:45 | .5<br>1.25 |

**Total Hours Worked**     **4.75**
**Hourly Rate**     **$ 80**
**Total for Work Preformed**     **$ 380**

**Mark Taylor Time**

| Date and work completed | Hours Worked | Total Time |
|---|---|---|

| | | |
|---|---|---|
| August 25, 2007 | | |
| Client Meeting Prep | 11:00 – 12:00pm | 1 |
| Meeting in Queens – intake and interviews | 12:00 – 3:00pm | 3 |
| Intake paperwork | 4:00-5:15pm | 1.25 |
| | | |
| August 27, 2007 | | |
| Demand letter | 11:00–12:30pm | 1.5 |
| | | |
| September 6, 2007 | | |
| Client Meeting in Queens | 1:30 – 4:45 pm | 3.25 |
| Intake paperwork | 5:30 pm – 7:15 pm | 1.75 |
| | | |
| September 15, 2007 | | |
| Client Meeting in Queens– Affidavits | 12:30-4:15 pm | 3.75 |
| Complaint editing + drafting | 6:00-8:30 | 2.5 |
| | | |
| September 16, 2007 | | |
| Complaint editing + printing | 1:30-3:45 pm | 2.25 |
| Spreadsheet creation | 4:00-5:15 pm | 1.25 |
| Translation coordination | 6:00-6:30 pm | .5 |
| Complaint Research + editting | 7:00 – 11:45 pm | 4.75 |
| | | |
| September 17, 2007 | | |
| Complaint Printing + Filing | 10:30-2:15 pm | 3.75 |
| | | |
| September 18, 2007 | | |
| Bond Phone Calls | 11:15-1:30 pm | 2.25 |
| Bond Phone Calls | 3:00-4:45 pm | 1.75 |
| | | |
| September 19, 2007 | | |
| Bond Letter Draft and Delivery | 3:00-3:45 pm | 0.75 |
| | | |
| September 20, 2007 | | |
| Hearing Prep | 10:00 – 10:45 | .75 |
| Responsive Research | 11:15 – 3:30 | 4.25 |
| Hearing | 3:45 – 6:00 | 2.25 |
| Client Meetings | 6:00 – 7:15 | 1.25 |
| | | |
| September 27, 2007 | | |
| Martinez Affidavit Work | 1:15-2:15 pm | 1 |
| | | |
| October 3, 2007 | | |
| Master Strategy Conference w/ DBR | 1:00 – 3:15 pm | 2.25 |
| | | |
| October 5, 2007 | | |

5

| | | |
|---|---|---|
| Lalo Affidavit Work | 3:15-3:45 | .5 |
| **October 10, 2007** | | |
| Stanton Letter Edit & Delivery | 12:30 – 1:45 pm | 1.25 |
| **October 11, 2007** | | |
| Raymundo Affidavit | 2:15-3:30 pm | 1.25 |
| Andrea Update and Prep | 3:45 – 4:15 | .5 |
| **October 13, 2007** | | |
| Support MOL drafting | 12:00 – 3:15 pm | 3.25 |
| **October 14, 2007** | | |
| Client Interviews and Affidavits | 4:00 – 8:15 pm | 4.25 |
| **October 15, 2007** | | |
| Client Meeting | 12:00-12:30 pm | 0.5 |
| **October 16, 2007** | | |
| Affidavit Translation Work | 11:00 – 11:45 am | 0.75 |
| **October 17, 2007** | | |
| Support MOL/ Declaration Drafting & editing | 7:00 – 12:00 am | 5 |
| **October 18, 2007** | | |
| Support Papers Drafting, Revising, Editing | 12:00 – 5:00 am | 5 |
| Hearing | 3:00 – 5:00 pm | 2 |
| Client Conferences | 5:00 – 6:30 pm | 1.5 |
| Strategic Conference w/ DR | 8:00 – 9:45 pm | 1.75 |
| **November 14, 2007** | | |
| Client call | 1:42-1:54 pm | 0.2 |
| **November 21, 2007** | | |
| Settlement Conference Emails | 4:50 – 5:02 pm | 0.2 |
| **November 26, 2007** | | |
| SC Call | 2:00 – 2:15 pm | 0.25 |
| BWI Call | 2:40 - 2:55 pm | 0.25 |
| Settlement Emails | 3:00 – 3:15 pm | 0.25 |
| Conference Call | 6:45 – 7:15 pm | 0.5 |
| **November 27, 2007** | | |

| | | |
|---|---|---|
| Settlement Conference | 5:30 – 7:30 pm | 2.0 |
| **November 28, 2007** | | |
| IWW Call | 8:50 – 9:20 am | .5 |
| BWI Call | 4:30 – 4:45 pm | .25 |
| **December 10, 2007** | | |
| Client Call | 11:00 – 11:15 am | .25 |
| SC Call | 4:10 – 4:40 pm | .5 |
| Email affidavits | 4:45 – 5:00 pm | .25 |
| **December 12, 2007** | | |
| SC emails | 10:15 – 10:30 am | .25 |
| Client Letter Review | 3:00 – 3:15 pm | .25 |
| **December 17, 2007** | | |
| Case Review, Copy and Organization | 11:30 – 2:00 pm | 2.5 |
| Docs to SC, review and send | 2:15 – 2:45 | .5 |
| **December 19, 2007** | | |
| Pick-up Decision & Review | 9:15 – 9:45 am | .5 |
| IWW call | 10:15 – 10:30 am | .25 |
| **December 21, 2007** | | |
| Bianco Call | 12:15 – 12:21 | .1 |

**Total Hours Worked**                                84.25
**Hourly Rate**                                       $ 125
**Total for Work Preformed**                          $ 10,531.25

**Expenses**
**Filing Fees**                                       $350
**Delivery and Service**                              $100
**Total**                                             $450

**Total**
**DR**                                                $ 25,125
**BB**                                                $    960
**AG**                                                $    380
**MT**                                                $10,531.25
**Expenses**                                          $    450

**TOTAL**                                             $37,446.25

7