UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CESAR A. BARTUREN, JASON BORGES, RAUL LARA MOLINA, RAYMUNDO LARA MOLINA, MIGUEL EDUARDO TABARA, MARCO ANTONIO CORONA, JUAN CARLOS MOLINA, JULIO CESAR MORENO GONZALEZ, PEDRO HERNANDEZ HERNANDEZ, JULIO ANTONIO, JULIO CARBONEL, EUSEBIO SANTOS FERROSQULLO, LIMO MARTINEZ, JUAN JOSE PENA FARFAN, JOSE FERNANDEZ, and JORGE LEGIS CUYATE CARMONA, on behalf of themselves and all other employees similarly situated as class and collective representatives,

                           Plaintiffs,

- against -

WILD EDIBLES, INC., 535 THIRD AVENUE LLC, d/b/a WILD EDIBLES, RICHARD MARTIN, AND JONATHAN MEYER,

                           Defendants.
-----------------------------------------------------------------X

Case No. 07-CV-8127 (LLS)

ECF Case

**NOTICE OF APPEARANCE**

To:    CLERK OF THE COURT
        ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Allyson L. Belovin and Susan J. Cameron of the law firm Levy Ratner, P.C., 80 Eighth Avenue, Floor 8, New York, New York 10011, will be appearing to represent Plaintiffs in the above captioned matter.

Both Ms. Belovin and Ms. Cameron are admitted to practice in the Southern District of New York. Contact information for these attorneys is as follows:

{Worldox Files\1199\378\04\07049936.DOC}

LEVY RATNER, P.C.
80 Eighth Avenue, 8th Floor
New York, New York 10011
Telephone: (212) 627-8100
Facsimile: (212) 627-8182
Attn:   Allyson L. Belovin     Email: abelovin@lrbpc.com
Attn:   Susan D. Cameron       Email: scameron@lrbpc.com

Dated: New York, New York
       January 7, 2008

                                          LEVY RATNER, P.C.

                                     By:  _____
                                          /Susan J. Cameron (SC-3066)
                                          Allyson L. Belovin (AB-3702)
                                          80 Eighth Avenue
                                          New York, New York  10011
                                          (212) 627-8100
                                          (212) 627-8182 (fax)

                                          Attorneys for Plaintiffs