UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CESAR A. BARTUREN, JASON BORGES, RAUL LARA MOLINA, RAYMUNDO LARA MOLINA, MIGUEL EDUARDO TABARA, MARCO ANTONIO CORONA, JUAN CARLOS MOLINA, JULIO CESAR MORENO GONZALEZ, PEDRO HERNANDEZ HERNANDEZ, JULIO ANTONIO, JULIO CARBONEL, EUSEBIO SANTOS FERROSQULLO, LIMO MARTINEZ, JUAN JOSE PENA FARFAN, JOSE FERNANDEZ, and JORGE LEGIS CUYATE CARMONA, on behalf of themselves and all other employees similarly situated as class and collective representatives,

                       Plaintiffs,

    - against -

WILD EDIBLES, INC., 535 THIRD AVENUE LLC, d/b/a WILD EDIBLES, RICHARD MARTIN, AND JONATHAN MEYER,

                       Defendants.
------------------------------------------------------------------X

Case No. 07-CV-8127 (LLS)

ECF Case

**FAIR LABOR STANDARDS ACT COLLECTION ACTION OPT-IN PURSUANT TO 29 U.S.C. § 216(B)**

**COLLECTIVE ACTION
OPT-IN OF AGUSTIN MESA**

## Fair Labor Standards Act
### Collective Action Opt-In Pursuant to 29 U.S.C. § 216(b)

1) I am a current or former employee of Wild Edibles, Inc. and Richard Martin.

2) I hereby opt-in to the litigation under the Fair Labor Standards Act being brought by attorney David Rankin, Esq. against Wild Edibles, Inc. and Richard Martin.

3) I hereby consent to be bound to any judgment by the Court or any settlement of this litigation.

4) I also designate the collective action Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

5) I hereby designate David Rankin, Esq. to represent me for all purposes in this action.

Name: Agostin Meza

Signature: [signature]

Date: 9-26-07

Telephone Number: 1718-839-45-17

Address: 2870 VALENTINE AV