UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Cesar A. Barturen, Jason Borges, Raul Lara Molina, Raymundo Lara Molina, Miguel Eduardo Tabara, Marco Antonio Corona, Juan Carlos Molina, Julio Cesar Moreno Gonzalez, Pedro Hernandez Hernandez, Julio Antonio, Julio Carbonel, Eusebio Santos Ferrosqullo, Limo Martinez, Juan Jose Pena Farfan, Jose Fernandez, and Jorge Legis Cuyate Carmona individually and on behalf of others similarly situated,

           Plaintiffs,

-against-

Wild Edibles, Inc., 535 Third Avenue LLC, d/b/a Wild Edibles, Richard Martin, and Jonathan Meyer,

           Defendants.

**NOTICE OF MOTION**

07-Civ-8127 (LLS)

---

    PLEASE TAKE NOTICE that Plaintiffs Cesar A. Barturen *et al.*, upon the attached Declaration of David B. Rankin, Esq. dated April 24, 2008, the Affidavit of Cesar A. Barturen dated April 23, 2008, the Affidavit of Pedro Hernandez dated January 7, 2008, the Affidavit of Juan Jose Pena Farfan dated January 7, 2008, and the Memorandum of Law in Support of Plaintiffs' Motion for Contempt, will move this Court for an order to hold Defendants in contempt of the Preliminary Injunction issued on December 18, 2007 and granting such other

{Worldox Files\NU726\001\04\08009327.DOC}

and further relief as is warranted.

Dated: April 24, 2008
      New York, New York

By: _____
David B. Rankin, Esq. (DB 0863)
Attorney At Law
350 Broadway, Suite 700
New York, NY 10013
(212) 226-4507
(212) 658-9489 (fax)

Allyson L. Belovin (AB 3707)
Levy Ratner, P.C.
80 Eighth Avenue, 8th Floor
New York, New York 10011
(212) 627-8100
(212) 627-8182 (fax)

Attorneys for Plaintiffs

TO:    Richard M. Howard
        Meltzer, Lippe, Goldstein & Breitstone, LLP
        190 Willis Avenue
        Mineola, NY 11501

        Thomas Bianco
        Meltzer, Lippe, Goldstein & Breitstone, LLP
        190 Willis Avenue
        Mineola, NY 11501

        Attorneys for Defendants