UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CESAR A. BARTUREN, JASON BORGES, RAUL LARA MOLINA, RAYMUNDO LARA MOLINA, MIGUEL EDUARDO TAVARA, MARCO ANTONIO CORONA, JUAN CARLOS MOLINA, JULIO CESAR MORENO GONZALEZ, PEDRO HERNANDEZ HERNANDEZ, JULIO ANTONIO, JULIO CARBONEL, EUSEBIO SANTOS FERROSQULLO, LINO MARTINEZ, JUAN JOSE PENA FARFAN, JOSE FERNANDEZ, AND JORGE LEGIS CUYATE, individually and on behalf of others similarly situated,

            Plaintiffs,

-against-

WILD EDIBLES, INC., 535 THIRD AVENUE LLC d/b/a/ WILD EDIBLES, RICHARD MARTIN, and JONATHAN MEYER,

            Defendants.
------------------------------------------------------------------X

**AFFIDAVIT OF**

**JUAN CARLOS MOLINA**

07 Civ. 8127 (LLS)

STATE OF NEW YORK  )
            ) ss.:
COUNTY OF NEW YORK )

  1.  My name is Juan Carlos Molina.

  2.  I submit this affidavit in support of Plaintiffs' motion for conditional certification of this case to proceed as a collective action.

  3.  I began working for Defendant Wild Edibles, Inc. ("Wild Edibles") on or about July 18, 2003 until I was discharged in or about March of 2008.

  4.  I worked in the Wild Edibles warehouse located at 2151 Boerum Avenue, Long Island City. I prepared fish for packaging, including filleting fish, shucking oysters and cutting tuna. I worked Monday through Friday from approximately 2:00 a.m. until approximately 1:00

{Worldox Files\NU726\001\04\08009501.DOC} 170-000-00001

or 2:00 p.m.; and Saturdays from approximately 4 a.m. until approximately 10:00 or 11:00 a.m. I earned $450.00 weekly, regardless of the hours I worked.

5. While working at Wild Edibles, I punched in and out on a time keeping device. However, hours I actually worked were never reflected on pay stubs, or in any other record that Wild Edibles provided. Attached to this affidavit as exhibit A are true and correct copies of my pay stubs, indicating that the hours actually worked were not reflected. To the best of my knowledge, hours actually worked were not recorded on any Wild Edibles employee's pay stub or in any other record Wild Edibles maintained.

6. At all times while I was employed at Wild Edibles, to the best of my knowledge, all Wild Edibles workers consistently worked in excess of 40 hours a week, but were never paid time-and-one-half for their overtime hours. Rather, all workers were paid a flat weekly rate, regardless of the hours worked in excess of 40.

7. While I worked at Wild Edibles, I never saw any information regarding the Fair Labor Standards Act posted in any Wild Edibles location until in or about November of 2007, after this lawsuit was filed. At that time I saw a posting in a manager's office. On one occasion, in or about December of 2007, while reading this notice, a Wild Edibles Manager named Robert instructed me to stop reading the notice and told me to "hurry up" and leave the area where the notice was posted, although it was not during work time.

8. Spanish is my first language and I have limited English proficiency. To the best of my knowledge, Spanish is the first language of most of the employees at Wild Edibles, and they also have limited English proficiency.

I declare under penalty of perjury that the foregoing is true and correct.

_____
JUAN CARLOS MOLINA

Sworn to before me this
\_\_\_\_ day of _____, 2008

_____
NOTARY PUBLIC

# TECHNICAL LANGUAGE CONSULTANTS

Translators - Interpreters
7004 Boulevard East, Suite 32-E
Guttenberg, N.J. 07093-5046
Telephone No.: (212) 534-6165
E-mail: bernhardt2@aol.com

Isolina Bernhardt, Owner
_____

- - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW JERSEY

HUDSON COUNTY

CERTIFICATE OF ACCURACY

- - - - - - - - - - - - - - - - - - - - - - - -x

ISOLINA BERNHARDT, ss:

1. I am a federally certified Spanish-English Court Interpreter since 1980, pursuant to written and oral examinations given by the Administrative Office of the United States Courts. In such capacity, I am authorized to translate documents for judicial proceedings to be produced in Court. I have worked in such capacity in my own name and under my company's name, TECHNICAL LANGUAGE CONSULTANTS, since 1980.

2. I certify that I have translated the attached document, Affidavit from Juan Carlos Molina, from English into Spanish, consisting of three (3) pages, to the best of my knowledge and ability.

*Isolina Bernhardt*
Isolina Bernhardt
Federally Certified Court
Interpreter/Translator

Sworn to before me, this
30th day of April, 2008.

*[signature]*
NOTARY PUBLIC

SHERRI LOU STEINER
NOTARY PUBLIC OF NEW JERSEY
My Commission Exp. June 14 2009
ID No. 2224334

# TRADUCCIÓN

DECLARACIÓN JURADA – J. C. MOLINA

TRIBUNAL FEDERAL DE PRIMERA INSTANCIA
DISTRITO SUR DE NUEVA YORK
------------------------------------------------------------------X
CÉSAR A. BARTURÉN, JASON BORGES, RAÚL LARA MOLINA, RAYMUNDO LARA MOLINA, MIGUEL EDUARDO TAVARA, MARCO ANTONIO CORONA, JUAN CARLOS MOLINA, JULIO CÉSAR MORENO GONZÁLEZ, PEDRO HERNÁNDEZ HERNÁNDEZ, JULIO ANTONIO, JULIO CARBONEL, EUSEBIO SANTOS FERROSQUILLO, LINO MARTÍNEZ, JUAN JOSÉ PENA FARFÁN, JOSÉ FERNÁNDEZ, Y JORGE LEGIS CUYATE, a título individual y a nombre de otras personas en situación semejante,

**DECLARACIÓN JURADA DE JUAN CARLOS MOLINA**

07 Civ. 8127 (LLS)

las Partes Demandantes,

-contra-

WILD EDIBLES, INC., 535 THIRD AVENUE LLC, realizando operaciones como WILD EDIBLES, RICHARD MARTIN, y JONATHAN MEYER,

las Partes Demandadas.
------------------------------------------------------------------X

ESTADO DE NUEVA YORK       )
                           ) *ss*:
CONDADO DE NUEVA YORK      )

1. Me llamo Juan Carlos Molina.

2. Presento esta declaración jurada en apoyo a la petición de las Partes Demandantes de que se emita una certificación condicional para que se siga esta causa como acción colectiva.

{08009664}170-000-00001

3.  Comencé a trabajar para la Parte Demandada, Wild Edibles, Inc. ("Wild Edibles"), el 18 de julio, 2003, o alrededor de esa fecha, hasta que fui despedido en marzo, 2008, o alrededor de esa fecha.

4.  Trabajaba en el almacén de Wild Edibles ubicado en el 2151 Boerum Avenue, Long Island City. Preparaba pescado para envasar, cortando el pescado en filetes, abriendo ostras y cortando atún, entre otras cosas. Trabajaba de lunes a viernes, desde las 2:00 a.m., aproximadamente, hasta la 1:00 o las 2:00 p.m., aproximadamente; y los sábados desde las 4:00 a.m., aproximadamente, hasta las 10:00 o las 11:00 a.m., aproximadamente. Ganaba $450.00 semanales, independientemente de las horas que trabajara.

5.  Mientras trabajé en Wild Edibles, marcaba la hora de entrada y salida en un reloj registrador. No obstante, las horas que en realidad se trabajaban nunca se reflejaron en los talones de pago, ni en ningún otro documento proporcionado por Wild Edibles. Se adjuntan a la presente declaración jurada, como Anexo A, copias fieles y correctas de mis talones de pago, que indican que las horas que en realidad se trabajaban no quedaban reflejadas. Según mi leal saber, las horas que en realidad se trabajaban no se registraban en ningún talón de pago de ningún empleado de Wild Edibles ni en ningún otro registro mantenido por Wild Edibles.

6.  Durante todo el tiempo que estuve empleado en Wild Edibles, según mi leal saber, todos los trabajadores de Wild Edibles trabajaban sistemáticamente más de 40 horas a la semana, pero nunca se les pagó tiempo y medio por concepto de horas extraordinarias. Más bien, a todos los trabajadores se les pagaba una tarifa fija semanalmente, independientemente de las horas más que trabajaran en exceso de las 40 horas.

7.  Mientras trabajé en Wild Edibles, nunca vi ninguna información relativa a la *Fair Labor Standards Act* (Ley sobre normas laborales ecuánimes) colocada en ningún local de Wild Edibles hasta noviembre, 2007, o alrededor de esa fecha, después de que se entablara la presente acción judicial. En aquel entonces vi un un anuncio en la oficina de un gerente. En una oportunidad, en diciembre, 2007, o alrededor de esa fecha, mientras estaba leyendo ese aviso, un Gerente de Wild Edibles llamado Robert me ordenó que dejara de leer el aviso y me dijo que me "apurara" y que abandonara la zona donde estaba colocado el aviso, si bien esto no fue durante el horario de trabajo.

8.  El español es mi primer idioma y tengo un nivel de competencia limitado en el idioma inglés. Según mi leal saber, el español es el primer idioma de la mayoría de los empleados de Wild Edibles, y también tienen un nivel de competencia limitado en el idioma inglés.

Declaro so pena de perjurio que lo que antecede es veraz y correcto.

*Juan Carlos Molina A*
JUAN CARLOS MOLINA

Jurado ante mí el día
30th de abril, 2008.

NOTARIO PÚBLICO

SARA E. DOMBROFF
NOTARY PUBLIC, STATE OF NEW YORK
No. 02DO6136075
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES OCT. 31, 2009

{08009664}170-000-00001

3

Reorder No. 5105
JULIUS BLUMBERG, INC.
NYC 10013
©10% P.C.W.

| Employee file # | Employee Name | | | | Voucher No. | Company Name & Address |
|---|---|---|---|---|---|---|
| 1071 | JUAN CARLOS MOLINA | | | | 12143 | WILD EDIBLES INC. |
| Co.# | Div. # | Dept.# | Clock # | Soc. Sec. # | | WILD EDIBLES, INC. |
| WILDEDLIC | PE20 | 30 | 1071 | | | 21-51 BORDEN AVENUE |
| Period Start | Period Ending | Check Date | FW= | S 0 | | LONG ISLAND CITY, NY 11101 |
| 4/16/07 | 4/22/07 | 4/27/07 | ST= | S 0 | | |

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD |
|---|---|---|---|---|
| REGULAR | 1.00 | $400.00 | $400.00 | $6,400.00 |
| VACATION | | | | $800.00 |

### TAXES

| DESCRIPTION | AMOUNT | YTD |
|---|---|---|
| SSEC | $24.80 | $446.40 |
| MEDI | $5.80 | $104.40 |
| FWT | $45.17 | $813.18 |
| SWTNY | $11.71 | $210.78 |
| LOCNYCRES | $7.61 | $136.98 |
| SDINY | $0.60 | $10.80 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT | YTD |
|---|---|---|
| MISC. | | $20.00 |

| EARNINGS | $400.00 | TAXES | $95.69 | DEDUCTIONS | $0.00 | NET PAY | $304.31 |
|---|---|---|---|---|---|---|---|

🔒 DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other security features are listed on back. 🔒

WILD EDIBLES INC.
WILD EDIBLES, INC.
21-51 BORDEN AVENUE
LONG ISLAND CITY, NY 11101

VOUCHER DATE: 4/27/07
VOUCHER NO. 12143

**DEPOSIT**

THIS IS NOT A CHECK

JUAN CARLOS MOLINA
32-32 105TH STREET
ELMHURST, NY 11369

| Bank T/R # | Bank Account | Deposit Amount | Description |
|---|---|---|---|
| 021000021 | 741217616 | $304.31 | Checking |

VOUCHER - NON NEGOTIABLE

| Employee file # | Employee Name | | | | Voucher No. | Company Name & Address |
|---|---|---|---|---|---|---|
| 1071 | JUAN CARLOS MOLINA | | | | 12253 | WILD EDIBLES INC. |
| Co.# | Div. # | Dept.# | Clock # | Soc. Sec. # | | WILD EDIBLES, INC. |
| WILDEDLIC | PE20 | 30 | 1071 | | | 21-51 BORDEN AVENUE |
| Period Start | Period Ending | Check Date | FW= S 0 | | | LONG ISLAND CITY, NY 11101 |
| 4/30/07 | 5/6/07 | 5/11/07 | ST= S 0 | | | |

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD | 
|---|---|---|---|---|
| REGULAR | 1.00 | $400.00 | $400.00 | $7,200.00 |
| VACATION | | | | $800.00 |

### TAXES

| DESCRIPTION | AMOUNT | YTD |
|---|---|---|
| SSEC | $24.80 | $496.00 |
| MEDI | $5.80 | $116.00 |
| FWT | $45.17 | $903.52 |
| SWTNY | $11.71 | $234.20 |
| LOCNYCRES | $7.61 | $152.20 |
| SDINY | $0.60 | $12.00 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT | YTD |
|---|---|---|
| MISC. | | $20.00 |

EARNINGS $400.00  TAXES $95.69  DEDUCTIONS $0.00  NET PAY $304.31

🔒 DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other security features are listed on back. 🔒

WILD EDIBLES INC.
WILD EDIBLES, INC.
21-51 BORDEN AVENUE
LONG ISLAND CITY, NY 11101

VOUCHER DATE: 5/11/07
VOUCHER NO.: 12253

**DEPOSIT**    THIS IS NOT A CHECK

JUAN CARLOS MOLINA
32-32 105TH STREET
ELMHURST, NY 11369

Bank T/R #: 021000021
Bank Account: 741217616
Deposit Amount: $304.31
Description: Checking

## VOUCHER - NON NEGOTIABLE

| Employee file # | Employee Name | | | | Voucher No. | Company Name & Address |
|---|---|---|---|---|---|---|
| 1071 | JUAN CARLOS MOLINA | | | | 12306 | WILD EDIBLES INC. |
| Co.# | Div. # | Dept.# | Clock # | Soc. Sec. # | | WILD EDIBLES, INC. |
| WILDEDLIC | PE20 | 30 | 1071 | | | 21-51 BORDEN AVENUE |
| Period Start | Period Ending | Check Date | FW= S 0 | | | LONG ISLAND CITY, NY 11101 |
| 5/7/07 | 5/13/07 | 5/18/07 | ST= S 0 | | | |

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD |
|---|---|---|---|---|
| REGULAR | 1.00 | $400.00 | $400.00 | $7,600.00 |
| VACATION | | | | $800.00 |

### TAXES

| DESCRIPTION | AMOUNT | YTD |
|---|---|---|
| SSEC | $24.80 | $520.80 |
| MEDI | $5.80 | $121.80 |
| FWT | $45.17 | $948.69 |
| SWTNY | $11.71 | $245.91 |
| LOCNYCRES | $7.61 | $159.81 |
| SDINY | $0.60 | $12.60 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT | YTD |
|---|---|---|
| MISC. | | $20.00 |

**EARNINGS** $400.00 **TAXES** $95.69 **DEDUCTIONS** $0.00 **NET PAY** $304.31

DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other security features are listed on back.

WILD EDIBLES INC.
WILD EDIBLES, INC.
21-51 BORDEN AVENUE
LONG ISLAND CITY, NY 11101

**VOUCHER DATE** 5/18/07  **VOUCHER NO.** 12306

**DEPOSIT**   THIS IS NOT A CHECK

JUAN CARLOS MOLINA
32-32 105TH STREET
ELMHURST, NY 11369

Bank T/R # 021000021   Bank Account 741217616   Deposit Amount $304.31   Description Checking

VOUCHER - NON NEGOTIABLE

| Employee file # | Employee Name | | | | | Voucher No. | Company Name & Address |
|---|---|---|---|---|---|---|---|
| 1071 | JUAN CARLOS MOLINA | | | | | 12465 | WILD EDIBLES INC. |
| Co.# | Div. # | Dept.# | Clock # | | Soc. Sec. # | | WILD EDIBLES, INC. |
| WILDEDLIC | PE20 | 30 | 1071 | | | | 21-51 BORDEN AVENUE |
| Period Start | Period Ending | Check Date | FW= | S 0 | | | LONG ISLAND CITY, NY 11101 |
| 5/28/07 | 6/3/07 | 6/8/07 | ST= | S 0 | | | |

| EARNINGS | | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD |
| REGULAR | 1.00 | $400.00 | $400.00 | $8,800.00 | SSEC | $24.80 | $595.20 | MISC. | | $20.00 |
| VACATION | | | | $800.00 | MEDI | $5.80 | $139.20 | | | |
| | | | | | FWT | $45.17 | $1,084.20 | | | |
| | | | | | SWTNY | $11.71 | $281.04 | | | |
| | | | | | LOCNYCRES | $7.61 | $182.64 | | | |
| | | | | | SDINY | $0.60 | $14.40 | | | |

| EARNINGS | $400.00 | TAXES | $95.69 | DEDUCTIONS | $0.00 | NET PAY | $304.31 |
|---|---|---|---|---|---|---|---|

DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other security features are listed on back.

WILD EDIBLES INC.
WILD EDIBLES, INC.
21-51 BORDEN AVENUE
LONG ISLAND CITY, NY 11101

VOUCHER DATE      VOUCHER NO.
6/8/07                     12465

**DEPOSIT**           THIS IS NOT A CHECK

JUAN CARLOS MOLINA
32-32 105TH STREET
ELMHURST, NY 11369

| Bank T/R # | Bank Account | Deposit Amount | Description |
|---|---|---|---|
| 021000021 | 741217616 | $304.31 | Checking |

VOUCHER - NON NEGOTIABLE

| Employee file # | Employee Name | | | | | Voucher No. | Company Name & Address |
|---|---|---|---|---|---|---|---|
| 1071 | JUAN CARLOS MOLINA | | | | | 12522 | WILD EDIBLES INC. |
| Co # | Div # | Dept.# | Clock # | | Soc. Sec. # | | WILD EDIBLES, INC. |
| WILDEDLIC | PE20 | 30 | 1071 | | | | 21-51 BORDEN AVENUE |
| Period Start | Period Ending | Check Date | | FW= | S 0 | | LONG ISLAND CITY, NY 11101 |
| 6/4/07 | 6/10/07 | 6/15/07 | | ST= | S 0 | | |

| EARNINGS | | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD |
| REGULAR | 1.00 | $400.00 | $400.00 | $9,200.00 | SSEC | $24.80 | $620.00 | MISC. | | $20.00 |
| VACATION | | | | $800.00 | MEDI | $5.80 | $145.00 | | | |
| | | | | | FWT | $45.17 | $1,129.37 | | | |
| | | | | | SWTNY | $11.71 | $292.75 | | | |
| | | | | | LOCNYCRES | $7.61 | $190.25 | | | |
| | | | | | SDINY | $0.60 | $15.00 | | | |

EARNINGS  $400.00  TAXES  $95.69  DEDUCTIONS  $0.00  NET PAY  $304.31

DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other security features are listed on back.

WILD EDIBLES INC.
WILD EDIBLES, INC.
21-51 BORDEN AVENUE
LONG ISLAND CITY, NY 11101

VOUCHER DATE: 6/15/07
VOUCHER NO.: 12522

**DEPOSIT**   THIS IS NOT A CHECK

JUAN CARLOS MOLINA
32-32 105TH STREET
ELMHURST, NY 11369

Bank T/R #: 021000021
Bank Account: 741217616
Deposit Amount: $304.31
Description: Checking

VOUCHER - NON NEGOTIABLE

| Employee file # | Employee Name | | | | | Voucher No. | Company Name & Address |
|---|---|---|---|---|---|---|---|
| 1071 | JUAN CARLOS MOLINA | | | | | 12748 | WILD EDIBLES INC. |
| Co.# | Div. # | Dept.# | Clock # | | Soc. Sec. # | | WILD EDIBLES, INC. |
| WILDEDLIC | PE20 | 30 | 1071 | | | | 21-51 BORDEN AVENUE |
| Period Start | Period Ending | Check Date | FW= | S 0 | | | LONG ISLAND CITY, NY 11101 |
| 7/2/07 | 7/8/07 | 7/13/07 | ST= | S 0 | | | |

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD |
|---|---|---|---|---|
| REGULAR | 1.00 | $400.00 | $400.00 | $10,800.00 |
| VACATION | | | | $800.00 |

### TAXES

| DESCRIPTION | AMOUNT | YTD |
|---|---|---|
| SSEC | $24.80 | $719.20 |
| MEDI | $5.80 | $168.20 |
| FWT | $45.17 | $1,310.05 |
| SWTNY | $11.71 | $339.59 |
| LOCNYCRES | $7.61 | $220.69 |
| SDINY | $0.60 | $17.40 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT | YTD |
|---|---|---|
| MISC. | | $20.00 |

| EARNINGS | $400.00 | TAXES | $95.69 | DEDUCTIONS | $0.00 | NET PAY | $304.31 |

DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other security features are listed on back.

WILD EDIBLES INC.
WILD EDIBLES, INC.
21-51 BORDEN AVENUE
LONG ISLAND CITY, NY 11101

VOUCHER DATE: 7/13/07
VOUCHER NO.: 12748

**DEPOSIT**        THIS IS NOT A CHECK

JUAN CARLOS MOLINA
32-32 105TH STREET
ELMHURST, NY 11369

| Bank T/R # | Bank Account | Deposit Amount | Description |
|---|---|---|---|
| 021000021 | 741217616 | $304.31 | Checking |

VOUCHER - NON NEGOTIABLE

| Employee file # | Employee Name | | | | Voucher No. | Company Name & Address |
|---|---|---|---|---|---|---|
| 1071 | JUAN CARLOS MOLINA | | | | 12803 | WILD EDIBLES INC. |
| Co.# | Div. # | Dept.# | Clock # | Soc. Sec. # | | WILD EDIBLES, INC. |
| WILDEDLIC | PE20 | 30 | 1071 | | | 21-51 BORDEN AVENUE |
| Period Start | Period Ending | Check Date | FW= S 0 | | | LONG ISLAND CITY, NY 11101 |
| 7/9/07 | 7/15/07 | 7/20/07 | ST= S 0 | | | |

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD |
|---|---|---|---|---|
| REGULAR | 1.00 | $400.00 | $400.00 | $11,200.00 |
| VACATION | | | | $800.00 |

### TAXES

| DESCRIPTION | AMOUNT | YTD |
|---|---|---|
| SSEC | $24.80 | $744.00 |
| MEDI | $5.80 | $174.00 |
| FWT | $45.17 | $1,355.22 |
| SWTNY | $11.71 | $351.30 |
| LOCNYCRES | $7.61 | $228.30 |
| SDINY | $0.60 | $18.00 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT | YTD |
|---|---|---|
| MISC. | | $20.00 |

| EARNINGS | $400.00 | TAXES | $95.69 | DEDUCTIONS | $0.00 | NET PAY | $304.31 |
|---|---|---|---|---|---|---|---|

WILD EDIBLES INC.
WILD EDIBLES, INC.
21-51 BORDEN AVENUE
LONG ISLAND CITY, NY 11101

**VOUCHER DATE**     **VOUCHER NO.**
7/20/07              12803

**DEPOSIT**     THIS IS NOT A CHECK

JUAN CARLOS MOLINA
32-32 105TH STREET
ELMHURST, NY 11369

| Bank T/R # | Bank Account | Deposit Amount | Description |
|---|---|---|---|
| 021000021 | 741217616 | $304.31 | Checking |

VOUCHER - NON NEGOTIABLE

| yee file # | Employee Name<br>JUAN CARLOS MOLINA | | | | | Soc. Sec. # | Voucher No.<br>13016 | Company Name & Address<br>WILD EDIBLES INC. |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | WILD EDIBLES, INC. |
| .DEDLIC | Div. #<br>PE20 | Dept.#<br>30 | Clock #<br>1071 | | | | | 21-51 BORDEN AVENUE |
| Start | Period Ending | | Check Date | FW= | S 0 | | | LONG ISLAND CITY, NY 11101 |
| 5/07 | 8/12/07 | | 8/17/07 | ST= | S 0 | | | |

| EARNINGS | | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SCRIPTION | HOURS | RATE | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD |
| GULAR | 1.00 | $400.00 | $400.00 | $12,800.00 | SSEC | $24.80 | $843.20 | MISC. | | $20.00 |
| CATION | | | | $800.00 | MEDI | $5.80 | $197.20 | | | |
| | | | | | FWT | $45.17 | $1,535.90 | | | |
| | | | | | SWTNY | $11.71 | $398.14 | | | |
| | | | | | LOCNYCRES | $7.61 | $258.74 | | | |
| | | | | | SDINY | $0.60 | $20.40 | | | |

RNINGS    $400.00  TAXES    $95.69  DEDUCTIONS    $0.00  NET PAY    $304.31

WILD EDIBLES INC.
WILD EDIBLES, INC.
21-51 BORDEN AVENUE
LONG ISLAND CITY, NY 11101

VOUCHER DATE    VOUCHER NO.
8/17/07          13016

**DEPOSIT**    THIS IS NOT A CHECK

JUAN CARLOS MOLINA
32-32 105TH STREET
ELMHURST, NY 11369

Bank T/R #       Bank Account      Deposit Amount    Description
021000021        741217616         $304.31           Checking

VOUCHER - NON NEGOTIABLE

| Employee file # | Employee Name | | | Voucher No. | Company Name & Address |
|---|---|---|---|---|---|
| 1071 | JUAN CARLOS MOLINA | | | 13070 | WILD EDIBLES INC. |
| Co.# | Div. # | Dept.# | Clock # | Soc. Sec. # | WILD EDIBLES, INC. |
| WILDEDLIC | PE20 | 30 | 1071 | | 21-51 BORDEN AVENUE |
| Period Start | Period Ending | Check Date | FW= S 0 | | LONG ISLAND CITY, NY 11101 |
| 8 / 13 / 07 | 8 / 19 / 07 | 8 / 24 / 07 | ST= S 0 | | |

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT | YTD |
|---|---|---|---|---|
| REGULAR | 1.00 | $400.00 | $400.00 | $13,200.00 |
| VACATION | | | | $800.00 |

### TAXES

| DESCRIPTION | AMOUNT | YTD |
|---|---|---|
| SSEC | $24.80 | $868.00 |
| MEDI | $5.80 | $203.00 |
| FWT | $45.17 | $1,581.07 |
| SWTNY | $11.71 | $409.85 |
| LOCNYCRES | $7.61 | $266.35 |
| SDINY | $0.60 | $21.00 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT | YTD |
|---|---|---|
| MISC. | | $20.00 |

**EARNINGS** $400.00  **TAXES** $95.69  **DEDUCTIONS** $0.00  **NET PAY** $304.31

---

WILD EDIBLES INC.
WILD EDIBLES, INC.
21-51 BORDEN AVENUE
LONG ISLAND CITY, NY 11101

VOUCHER DATE: 8 / 24 / 07
VOUCHER NO.: 13070

**DEPOSIT**    THIS IS NOT A CHECK

JUAN CARLOS MOLINA
32-32 105TH STREET
ELMHURST, NY 11369

Bank T/R #: 021000021
Bank Account: 741217616
Deposit Amount: $304.31
Description: Checking

**VOUCHER – NON NEGOTIABLE**

| Employee file # | Employee Name | | | | | Voucher No. | Company Name & Address |
|---|---|---|---|---|---|---|---|
| 1071 | JUAN CARLOS MOLINA | | | | | 13168 | WILD EDIBLES INC. |
| Co.# | Div. # | Dept.# | Clock # | | Soc. Sec. # | | WILD EDIBLES, INC. |
| WILDEDLIC | PE20 | 30 | 1071 | | | | 21-51 BORDEN AVENUE |
| Period Start | Period Ending | Check Date | FW= | S 0 | | | LONG ISLAND CITY, NY 11101 |
| 8/27/07 | 9/2/07 | 9/7/07 | ST= | S 0 | | | |

| EARNINGS | | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD |
| REGULAR | 1.00 | $400.00 | $400.00 | $13,966.67 | SSEC | $24.80 | $915.53 | MISC. | | $20.00 |
| VACATION | | | | $800.00 | MEDI | $5.80 | $214.12 | | | |
| | | | | | FWT | $45.17 | $1,666.41 | | | |
| | | | | | SWTNY | $11.71 | $431.41 | | | |
| | | | | | LOCNYCRES | $7.61 | $280.45 | | | |
| | | | | | SDINY | $0.60 | $22.20 | | | |

**EARNINGS** $400.00  **TAXES** $95.69  **DEDUCTIONS** $0.00  **NET PAY** $304.31

---

WILD EDIBLES INC.
WILD EDIBLES, INC.
21-51 BORDEN AVENUE
LONG ISLAND CITY, NY 11101

**VOUCHER DATE**  **VOUCHER NO.**
9/7/07            13168

**DEPOSIT**    THIS IS NOT A CHECK

JUAN CARLOS MOLINA
32-32 105TH STREET
ELMHURST, NY 11369

| | Bank T/R # | Bank Account | Deposit Amount | Description |
|---|---|---|---|---|
| | 021000021 | 741217616 | $304.31 | Checking |

**VOUCHER - NON NEGOTIABLE**

07 Civ. 8127 (LLS)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| CESAR A. BARTUREN, JASON BORGES, RAUL LARA MOLINA, RAYMUNDO LARA MOLINA, MIGUEL EDUARDO TAVARA, MARCO ANTONIO CORONA, JUAN CARLOS MOLINA, JULIO CESAR MORENO GONZALEZ, PEDRO HERNANDEZ HERNANDEZ, JULIO ANTONIO, JULIO CARBONEL, EUSEBIO SANTOS FERROSQULLO, LINO MARTINEZ, JUAN JOSE PENA FARFAN, JOSE FERNANDEZ, AND JORGE LEGIS CUYATE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>WILD EDIBLES, INC., 535 THIRD AVENUE LLC d/b/a/ WILD EDIBLES, RICHARD MARTIN, and JONATHAN MEYER,<br><br>Defendants. |
| **AFFIDAVIT OF JUAN CARLOS MOLINA** |
| LEVY RATNER, P.C.<br>*Attorneys for Plaintiffs*<br>*80 Eighth Avenue, 8th Floor*<br>*New York, N.Y. 10011-5126*<br>*(212) 627-8100* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ......................................, 20. . .*<br><br>............................................................ *Esq.*<br><br>*Attorney for ..............................................* |

170-000-00001