UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CESAR A. BARTUREN, JASON BORGES, RAUL LARA MOLINA, RAYMUNDO LARA MOLINA, MIGUEL EDUARDO TAVARA, MARCO ANTONIO CORONA, JUAN CARLOS MOLINA, JULIO CESAR MORENO GONZALEZ, PEDRO HERNANDEZ HERNANDEZ, JULIO ANTONIO, JULIO CARBONEL, EUSEBIO SANTOS FERROSQULLO, LINO MARTINEZ, JUAN JOSE PENA FARFAN, JOSE FERNANDEZ, AND JORGE LEGIS CUYATE, individually and on behalf of others similarly situated,

**AFFIDAVIT OF SERVICE**

07 Civ. 8127 (LLS)

Plaintiffs,

-against-

WILD EDIBLES, INC., 535 THIRD AVENUE LLC d/b/a/ WILD EDIBLES, RICHARD MARTIN, and JONATHAN MEYER,

Defendants.
------------------------------------------------------------------------X

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

I, CHERYL BAKSH, being duly sworn state the following:

I am not a party to this action, am over 18 years of age and reside in New York, NY.

On May 1, 2008, I served the within Motion In Support of Certification to Proceed as a Collective Action, and Supporting Papers, by dispatching a true copy by overnight delivery to the following persons at the address set forth after each name below:

170-000-00001 11316.doc

Richard M. Howard, Esq.  
Meltzer, Lippe, Goldstein & Breistone, LLP  
190 Willis Avenue  
Mineola, NY 11501  
(FEDEX tracking no. 8655 4351 9604)

Thomas Bianco, Esq.  
Meltzer, Lippe, Goldstein & Breistone, LLP  
190 Willis Avenue  
Mineola, NY 11501  
(FEDEX tracking no. 8655 4351 9604)

_____  
CHERYL BAKSH

Sworn to before me this  
___1 day of _May___, 2008

_____  
NOTARY PUBLIC

DANA LOSSIA  
Notary Public, State of New York  
No. 02LO6161295  
Qualified in Kings County  
Commission Expires February 20, 2011

07 Civ. 8127 (LLS)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| CESAR A. BARTUREN, JASON BORGES, RAUL LARA MOLINA, RAYMUNDO LARA MOLINA, MIGUEL EDUARDO TAVARA, MARCO ANTONIO CORONA, JUAN CARLOS MOLINA, JULIO CESAR MORENO GONZALEZ, PEDRO HERNANDEZ HERNANDEZ, JULIO ANTONIO, JULIO CARBONEL, EUSEBIO SANTOS FERROSQULLO, LINO MARTINEZ, JUAN JOSE PENA FARFAN, JOSE FERNANDEZ, AND JORGE LEGIS CUYATE, individually and on behalf of others similarly situated,<br><br>                                         Plaintiffs,<br><br>-against-<br><br>WILD EDIBLES, INC., 535 THIRD AVENUE LLC d/b/a/ WILD EDIBLES, RICHARD MARTIN, and JONATHAN MEYER,<br><br>                                         Defendants. |
| **AFFIDAVIT OF SERVICE** |
| **LEVY RATNER, P.C.**<br>*Attorneys for Plaintiffs*<br>*80 Eighth Avenue, 8th Floor*<br>*New York, N.Y. 10011-5126*<br>*(212) 627-8100* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ......................................................, 20...*<br><br>*........................................................................ Esq.*<br><br>*Attorney for ..........................................................* |

170-000-00001