UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cesar A. Barturen, Jason Borges,
Raul Lara Molina, Raymundo Lara Molina,
Miguel Eduardo Tabara, Marco Antonio
Corona, Juan Carlos Molina, Julio Cesar
Moreno Gonzalez, Pedro Hernandez
Hernandez, Julio Antonio, Julio Carbonel,
Eusebio Santos Ferrosqullo, Limo
Martinez, Juan Jose Pena Farfan,
Jose Fernandez, and Jorge Legis Cuyate
Carmona on behalf of themselves and all
other employees similarly situated as class
and collective representatives,

                Plaintiffs,

- against -

Wild Edibles, Inc., 535 Third Avenue
LLC, d/b/a Wild Edibles, Richard Martin,
and Jonathan Meyer,

                Defendants.

**AFFIDAVIT OF SERVICE**
**07-CV-8127 (LLS)**

STATE OF NEW YORK}
                } ss:
COUNTY OF NASSAU}

      Carolyn A. Best, being duly sworn, deposes and says:

      That deponent is not a party to this action, is over 18 years of age and resides at Westbury, New York.

      That on the 5th day of June, 2008 deponent served the **DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' REQUEST FOR CERTIFICATION TO PROCEED AS A COLLECTIVE ACTION with an AFFIDAVIT IN OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY THE ACTION AS A COLLECTIVE** upon:

David B. Rankin, Esq.
350 Broadway, Suite 700
New York, N.Y. 10013

Allison Belovin, Esq.
Levy Ratner, P.C.
80 Eighth Avenue
New York, New York 10011

434702-1

by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post-office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
CAROLYN A. BEST

Sworn to before me this
5th day of June, 2008

_____
NOTARY PUBLIC

CARMELO GRIMALDI
Notary Public, State of New York
No. 4965188
Qualified in Nassau County
Commission Expires April 16, 2010

434702-1