

ORIGINAL

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 6/10/08]

STANTON, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CESAR A. BARTUREN, JASON BORGES, RAUL LARA MOLINA, RAYMUNDO LARA MOLINA, MIGUEL EDUARDO TAVARA, MARCO ANTONIO CORONA, JUAN CARLOS MOLINA, JULIO CESAR MORENO GONZALEZ, PEDRO HERNANDEZ HERNANDEZ, JULIO ANTONIO, JULIO CARBONEL, EUSEBIO SANTOS FERROSQULLO, LINO MARTINEZ, JUAN JOSE PENA FARFAN, JOSE FERNANDEZ, AND JORGE LEGIS CUYATE, individually and on behalf of others similarly situated,

**STIPULATION**

Case No. 07 CIV. 8127 (LLS)

Plaintiffs,

-against-

WILD EDIBLES, INC., 535 THIRD AVENUE LLC d/b/a/ WILD EDIBLES, RICHARD MARTIN, and JONATHAN MEYER,

Defendants.
---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, counsel for Plaintiffs and Defendants, that the following is the discovery and motion schedule for the above-captioned matter:

| Event | Date Completed |
|---|---|
| Defendants' Oppositions to Plaintiffs' Motion for Contempt and to Plaintiffs' Motion for Certification as a Collective Action | June 6, 2008 |
| Plaintiffs' Replies to Defendants' Opposition to Plaintiffs' Motion for Contempt and to Plaintiffs' Motion for Certification as a Collective Action | June 27, 2008 |
| Status and Pre-motion conference [handwritten] Discovery completed  re FRCP 23 class motion [handwritten] | July 25, 2008 at 12 noon LLS [handwritten] August 15, 2008 |

{08010454}

| | |
|---|---|
| Plaintiffs' Motion for Class Certification pursuant to Fed. R. Civ. P. 23 | September 2, 2008 |
| Defendants' Opposition to Plaintiffs' Motion for Class Certification pursuant to Fed. R. Civ. P. 23 | September 16, 2008 |
| Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion for Class Certification pursuant to Fed. R. Civ. P. 23 | September 30, 2008 |
| Dispositive Motion conference | October 3, 2008 |
| Dispositive Motions | 30 days after Court's ruling on Plaintiffs' Motion for Class Certification pursuant to Fed. R. Civ. P. 23 |
| Dispositive Motion Oppositions | 45 days after Court's ruling on Plaintiffs' Motion for Class Certification pursuant to Fed. R. Civ. P. 23 |
| Dispositive Motion Replies | 60 days after Court's ruling on Plaintiffs' Motion for Class Certification pursuant to Fed. R. Civ. P. 23 |

Dated: New York, New York
May 9, 2008

By: /s/ Allyson L. Belovin (AB3707)
LEVY, RATNER, P.C.
80 8th Avenue, 8th Floor
New York, NY 10011
(212) 627-8100

Attorneys for Plaintiffs

By: /s/ Richard Howard (RMH2932)
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Jericho, NY 11753
(516) 681-1100

Attorneys for Defendants

So Ordered:

/s/ Louis L. Stanton
U.S.D.J.   June 9, 2008

{08010454}