UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CESAR A. BARTUREN, JASON BORGES, RAUL LARA MOLINA, RAYMUNDO LARA MOLINA, MIGUEL EDUARDO TAVARA, MARCO ANTONIO CORONA, JUAN CARLOS MOLINA, JULIO CESAR MORENO GONZALEZ, PEDRO HERNANDEZ HERNANDEZ, JULIO ANTONIO PENA, JULIO CARBONEL, EUSEBIO SANTOS FERROSQULLO, LINO MARTINEZ, JUAN JOSE PENA FARFAN, JOSE ANTONIO FERNANDEZ TAVARA, and JORGE LUIS CUYATE CARMONA, on behalf of themselves and all other employees similarly situated as class and collective representatives,

Plaintiffs,

-against-

WILD EDIBLES, INC., 535 THIRD AVENUE LLC, d/b/a WILD EDIBLES, LES POISSONIERS, INC., RICHARD MARTIN, and JONATHAN MEYER,

Defendants.

**NOTICE OF MOTION**

07 Civ. 8127 (LLS)

---

PLEASE TAKE NOTICE that Plaintiffs Cesar A. Barturen *et al.*, upon the attached Certificate of Conference of Allyson L. Belovin, Esq. dated July 2, 2008 and the Memorandum of Law in Support of Plaintiffs' Motion to Compel a Discovery Response, with accompanying exhibits, will move this Court for an order: (1) compelling Defendant Wild Edibles, Inc. to respond fully to Plaintiffs First Interrogatories Nos. 1, 2, 3, 5, 6, 7, 9, 14, 16, 17, 19, 20, 21, 22, 23, and 25; (2) compelling Defendant Wild Edibles, Inc. to respond fully to Plaintiffs' First

{08013783}

Request for Production; (3) compelling Defendant 535 Third Avenue LLC, d/b/a Wild Edibles to respond fully to Plaintiffs First Interrogatories Nos. 1, 2, 3, 5, 6, 7, 9, 14, 16, 17, 19, 20, 21, 22, 23, and 25; (4) compelling Defendant 535 Third Avenue LLC, d/b/a Wild Edibles to respond fully to Plaintiffs First Request for Production; (5) granting an award of costs and fees incurred by Plaintiffs in resolving this discovery dispute; (6) ordering the attached proposed revised discovery and motion schedule; and (7) granting such further relief as this Court decrees just and necessary.

Dated: July 8, 2008
      New York, New York

By: _____
Allyson L. Belovin (AB3707)
Levy Ratner, P.C.
80 Eighth Avenue, 8th Floor
New York, New York 10011
(212) 627-8100
(212) 627-8182 (fax)

David B. Rankin (DB0863)
Attorney At Law
350 Broadway, Suite 700
New York, NY  10013
(212) 226-4507
(212) 658-9489 (fax)

Attorneys for Plaintiffs

TO:    Richard M. Howard, Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY  11501

Thomas Bianco, Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY  11501

Attorneys for Defendants

{08013783}