UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CESAR A. BARTUREN, JASON BORGES, RAUL LARA MOLINA, RAYMUNDO LARA MOLINA, MIGUEL EDUARDO TAVARA, MARCO ANTONIO CORONA, JUAN CARLOS MOLINA, JULIO CESAR MORENO GONZALEZ, PEDRO HERNANDEZ HERNANDEZ, JULIO ANTONIO PENA, JULIO CARBONEL, EUSEBIO SANTOS FERROSQULLO, LINO MARTINEZ, JUAN JOSE PENA FARFAN, JOSE ANTONIO FERNANDEZ TAVARA, and JORGE LUIS CUYATE CARMONA, on behalf of themselves and all other employees similarly situated as class and collective representatives,

**CERTIFICATE OF CONFERENCE**

Case No. 07 Civ. 8127 (LLS)

Plaintiffs,

-against-

WILD EDIBLES, INC., 535 THIRD AVENUE LLC d/b/a WILD EDIBLES, LES POISSONIERS, INC., RICHARD MARTIN, and JONATHAN MEYER,

Defendants.
------------------------------------------------------------------------X

I submit this Certification in support of Plaintiffs' Motion to Compel a Discovery Response. I hereby certify that I conferred with Richard Howard, Esq., the attorney of record for the Defendants in the above captioned matter, and engaged in a good faith effort to resolve the matters in dispute with Mr. Howard, but was unable to reach an agreement on the discovery issues raised in this Motion.

Dated: July 8, 2008
New York, New York

By: _____
Allyson L. Belovin (AB3707)
Levy Ratner, P.C.
80 Eighth Avenue, 8th Floor
New York, New York 10011
(212) 627-8100 (phone)
(212) 627-8182 (fax)

{08013787}