UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

CESAR A. BARTUREN, et.al.,

                Plaintiffs,

-against-

WILD EDIBLES INC., 535 THIRD AVENUE LLC,
d/b/a WILD EDIBLES, RICHARD MARTIN and
JONATHAN MEYER,

                Defendant.
_____X

**AFFIDAVIT OF SERVICE**

Docket No. 07 CV 8127
(LLS)

STATE OF NEW YORK )
                ) ss.:
COUNTY OF NASSAU )

    Carolyn A. Best, being duly sworn, deposes and says:

    That Deponent is not a party to this action, is over 18 years of age and resides in Westbury, New York.

    That on the 10th day of July, 2008 Deponent served **DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** upon:

David B. Rankin, Esq.
350 Broadway, Suite 700
New York, N.Y. 10013

Allison Belovin, Esq.
Levy Ratner, P.C.
80 Eighth Avenue – 8th floor
New York, New York 10011

Susan J. Cameron, Esq.
Levy, Ratner, P.C.
80 Eighth Avenue – 8th floor
New York, NY 10011

by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post-office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York

                                          CAROLYN A. BEST

Sworn to before me this
10th day of July, 2008

_____
NOTARY PUBLIC

438146-1

MARYANN KATCHEN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 4891017
QUALIFIED IN QUEENS COUNTY
CERTIFICATE FILED IN NASSAU COUNTY
COMMISSION EXPIRES 4/2/11