UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CESAR A. BARTUREN, JASON BORGES, RAUL LARA MOLINA, RAYMUNDO LARA MOLINA, MIGUEL EDUARDO TAVARA, MARCO ANTONIO CORONA, JUAN CARLOS MOLINA, JULIO CESAR MORENO GONZALEZ, PEDRO HERNANDEZ HERNANDEZ, JULIO ANTONIO PENA, JULIO CARBONEL, EUSEBIO SANTOS FERROSQULLO, LINO MARTINEZ, JUAN JOSE PENA FARFAN, JOSE ANTONIO FERNANDEZ TAVARA, and JORGE LUIS CUYATE CARMONA, on behalf of themselves and all other employees similarly situated as class and collective representatives,

Case No. 07 Civ. 8127 (LLS)

Plaintiffs,

-against-

WILD EDIBLES, INC., 535 THIRD AVENUE LLC d/b/a WILD EDIBLES, LES POISSONIERS, INC., RICHARD MARTIN, and JONATHAN MEYER,

Defendants.
----------------------------------------------------------------X

IT IS HEREBY ORDERED, that the following is the discovery and motion schedule for the above-captioned matter:

| Event | Date Completed |
|---|---|
| Defendants Wild Edibles, Inc. and 535 Third Avenue LLC d/b/a Wild Edibles respond to Plaintiffs First set of Interrogatories and Request for Production of Documents. | July 30, 2008 |
| Plaintiffs Deposition of Sidi Quattara | August 26, 2008 |
| Plaintiffs Deposition of Richard Rice | August 28, 2008 |
| Plaintiffs Deposition of Jonathan Meyer | September 2, 2008 |
| Plaintiffs Deposition of Richard Martin | September 4, 2008 |

Page 1 of 2

{08013776}



| | |
|---|---|
| Status and Pre-motion conference re: FRCP 23 class motion. | 12:30 PM September 26, 2008  LLS |
| Discovery completed | October 6, 2008 |
| Plaintiffs' Motion for Class Certification pursuant to Fed. R. Civ. P. 23 | November 3, 2008 |
| Defendants' Opposition to Plaintiffs' Motion for Class Certification pursuant to Fed. R. Civ. P. 23 | November 17, 2008 |
| Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion for Class Certification pursuant to Fed. R. Civ. P. 23 | December 1, 2008 |
| Dispositive Motion conference | 12:30 PM December 5, 2008  LLS |
| Dispositive Motions | 30 days after Court's ruling on Plaintiffs' Motion for Class Certification pursuant to Fed. R. Civ. P. 23 |
| Dispositive Motion Oppositions | 45 days after Court's ruling on Plaintiffs' Motion for Class Certification pursuant to Fed. R. Civ. P. 23 |
| Dispositive Motion Replies | 60 days after Court's ruling on Plaintiffs' Motion for Class Certification pursuant to Fed. R. Civ. P. 23 |

Dated: New York, New York
July **21**, 2008

So Ordered:

_Louis L. Stanton_
U.S.D.J.