**ORIGINAL**

ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/08

**MEMORANDUM ENDORSEMENT**

Cesar A. Barturen et al. v. Wild Edibles, Inc. et al., 07 Civ. 8127 (LLS)

The issues raised by plaintiffs' July 8, 2008 Motion to Compel a Discovery Response are disposed of as follows:

1. Defendants' application for a "brief stay" of this action because of the prospect of the corporate defendants filing for relief under Chapter 11 of the Bankruptcy Code is denied. When and if such filings are made, the Bankruptcy Code will provide whatever stays are appropriate;

2. The parties will, there being no other objection, follow the schedule proposed by plaintiffs (see Pls.' Mem. of Law in Support of Mot., Ex. I);

3. Defendants' objections to plaintiffs' interrogatories are overruled;

4. Except that Document Request No. 3 is vacated with respect to individual defendants, the defendants' objections to plaintiffs' Document Requests are overruled; and

5. No costs or fees will be awarded in connection with the motion or the opposition to it.

So ordered.

Dated:    July 21, 2008
          New York, New York

                              *Louis L. Stanton*
                              LOUIS L. STANTON
                              U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
CESAR A. BARTUREN, JASON BORGES, RAUL
LARA MOLINA, RAYMUNDO LARA MOLINA,
MIGUEL EDUARDO TAVARA, MARCO ANTONIO
CORONA, JUAN CARLOS MOLINA, JULIO CESAR
MORENO GONZALEZ, PEDRO HERNANDEZ
HERNANDEZ, JULIO ANTONIO PENA, JULIO
CARBONEL, EUSEBIO SANTOS FERROSQULLO,
LINO MARTINEZ, JUAN JOSE PENA FARFAN, JOSE
ANTONIO FERNANDEZ TAVARA, and JORGE LUIS
CUYATE CARMONA, on behalf of themselves and all
other employees similarly situated as class and collective
representatives,

Case No. 07 Civ. 8127 (LLS)

Plaintiffs,

-against-

WILD EDIBLES, INC., 535 THIRD AVENUE LLC d/b/a
WILD EDIBLES, LES POISSONIERS, INC., RICHARD
MARTIN, and JONATHAN MEYER,

Defendants.

------------------------------------------------------------------------X

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL A DISCOVERY RESPONSE

Levy Ratner, P.C.
80 Eighth Avenue Floor 8
New York, NY 10011-5126
(212) 627-8100
(212) 627-8182 (fax)

On the Brief:
Allyson L. Belovin
Susan J. Cameron