ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CESAR A. BARTUREN, JASON BORGES, RAUL LARA
MOLINA, RAYMUNDO LARA MOLINA, MIGUEL
EDUARDO TAVARA, MARCO ANTONIO CORONA, JUAN
CARLOS MOLINA, JULIO CESAR MORENO GONZALEZ,
PEDRO HERNANDEZ HERNANDEZ, JULIO ANTONIO
PENA, JULIO CARBONEL, EUSEBIO SANTOS
FERROSQULLO, LINO MARTINEZ, JUAN JOSE PENA
FARFAN, JOSE ANTONIO FERNANDEZ TAVARA, and
JORGE LEGIS CUYATE on behalf of themselves
and all other employees similarly situated
as class and collective representatives,

              Plaintiffs,         07 Civ. 8127 (LLS)

      - against -              **ORDER**

WILD EDIBLES INC., 535 THIRD AVENUE LLC
d/b/a WILD EDIBLES, LES POISSONIERS INC.,
RICHARD MARTIN, and JONATHAN MEYER,

              Defendants.
------------------------------------x

    Defendants having reported to the Court by letter received in Chambers on July 23, 2008 that the corporate defendants filed on July 17, 2008 petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (Case Nos. 08-12746, 08-12747, 08-12750), which, pursuant to section 362 of title 11, operates as an automatic stay of pending judicial actions or proceedings against the corporate defendants, it is hereby ordered that this action is stayed until further order of the Court and that counsel shall notify the Court if the automatic

-2-

stay is lifted and when the corporate defendants are discharged from bankruptcy.

So Ordered.

Dated: New York, NY
       July 23, 2007

> _Louis L. Stanton_
> Louis L. Stanton
> U.S.D.J.